IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

**LARRY NORMAN,**
       Plaintiff,

                No. 3:10-cv-00317-DRH-PMF

v.

**DOLGENCORP, INC., DOLLAR
GENERAL PARTNERS,
DOLGENCORP OF NEW YORK, INC.,
and DOLGENCORP OF TEXAS, INC.,**
       Defendants.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 3, 2011, this case is **DISMISSED** with prejudice. Each party shall bear its own costs.

                              NANCY J. ROSENSTENGEL,
                              CLERK OF COURT

                              BY:    /s/*Sandy Pannier*
                                               **Deputy Clerk**

Dated: November 4, 2011

Digitally signed by
David R. Herndon
Date: 2011.11.04
10:27:00 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT